UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| A.D., by and through her guardian, ad litem, Judith Serrano, on behalf of herself and all others similarly situated,<br><br>              Plaintiffs,<br><br>   vs.<br><br>Credit One Bank, N.A.;<br><br>              Defendant. | Case No. 1:14-cv-10106<br><br>Hon. Matthew F. Kennelly |

## CREDIT ONE BANK, N.A.'S MOTION TO TRANSFER VENUE

COMES NOW, Defendant Credit One Bank, N.A., through its counsel of record, and moves the Court for a transfer of venue pursuant to 28 U.S.C. § 1404(a) on the basis that none of the named parties to this action reside in the Northern District of Illinois and none of the material acts or omissions occurred, or are alleged to have occurred, within this judicial district. Credit One Bank seeks to transfer this case to the District of Nevada because: (1) Defendant's principal place of business is located in that judicial district; (2) the vast majority of witnesses, documents, and relevant evidence are located within that judicial district; and (3) a related case against Credit One Bank is currently pending within that judicial district.

This Motion is based on the attached Memorandum filed and served concurrently herewith, all papers and pleadings on file, and on such further oral and documentary evidence that may be offered at the Motion hearing.

DATED: August 28, 2015       By:   /s/ Gordon K. Walton

                                                Gordon K. Walton (IL Bar No. 6226323)
                                                gkwalton@waltonlawgroupllc.com
                                                **WALTON LAW GROUP, LLC**
                                                161 N. Clark Street, Suite 4700
                                                Chicago, IL 60601

        t:  (312) 523-2106
        f:  (312) 523-2001

and

David J. Kaminski (Cal. Bar No.128509)
kaminskid@cmtlaw.com
Keith A. Yeomans (Cal. Bar No. 245600)
yeomansk@cmtlaw.com
**CARLSON & MESSER LLP**
5959 West Century Blvd, Suite 1214
Los Angeles, CA 90045
t: (310) 242-2200
f: (310) 242-2222

*Attorneys for Defendant, Credit One Bank, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 248, 2015, I electronically filed the above-referenced document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

DATED: August 28, 2015   By:   /s/ Gordon K. Walton

> Gordon K. Walton (IL Bar No. 6226323)
> gkwalton@waltonlawgroupllc.com
> **WALTON LAW GROUP, LLC**
> 161 N. Clark Street, Suite 4700
> Chicago, IL 60601
> t: (312) 523-2106
> f: (312) 523-2001
>
> *Attorneys for Defendant, Credit One Bank, N.A.*