IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **A.D.**, et al, <br><br> v. <br><br> **Credit One Bank, N.A.** | Case No. 1:14-cv-10106 |

## Stipulation of Dismissal

IT IS HEREBY STIPULATED between Plaintiff A.D. ("Plaintiff") and Defendant Credit One Bank, N.A. ("Defendant") through their respective counsel of record, that the above-entitled action shall be dismissed in its entirety as to Plaintiff's claims with prejudice, and without prejudice as to the putative class members' claims pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and expenses.

Dated: June 26, 2018.	Law Offices of Roberto Robledo

*/s/ Roberto Robledo*
Attorneys for Plaintiff A.D., on behalf of herself and all others similarly situated

Roberto Robledo (260041)
roberto@robertorobledo.com
9845 Erma Road, Suite 300
San Diego, CA 92131
619 500-6683

Dated: June 26, 2018.	Reed Smith LLP

*/s/ James A. Rolfes*
Attorneys for Defendant, Credit One Bank, N.A.

James A. Rolfes
jrolfes@reedsmith.com
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
312 207-3872

**Certificate of Service**

    I hereby certify that on June 26, 2018, I electronically filed the above and foregoing through the Court's CM/ECF System, which perfected service on all counsel of record.

                                            */s/ Roberto Robledo*